**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANNA MELIS, | |
| Plaintiff, | Case No.: 1:25-cv-00651 |
| v. | Judge John J. Tharp, Jr. |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Beth W. Jantz |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | Mnhhatv1 |
| 2 | TunZhen |
| 3 | SYIJIW |
| 5 | JIAOdiqun |
| 6 | Octtong |
| 7 | Christmas Halloween Deals 2024 Lightning Deals |
| 8 | Lklinco |
| 9 | Mumingsm |
| 11 | TYJRSM |
| 13 | yjamerica |
| 15 | LIhncine |
| 16 | ZKLi Fashion |
| 17 | Hj Smple |
| 18 | Yutaosen |
| 21 | Kids And Adult Clothing |
| 23 | Ekp ZZZ |
| 27 | ASFHML |
| 29 | huaguer |
| 30 | HuaShao LLC |
| 32 | Qiyuan Store |
| 34 | MQL Star |

| 37 | weikuang-store |
|----|----------------|
| 39 | Ogiraw |
| 42 | DkinJom |
| 45 | Wonderful Life Co. Ltd |
| 46 | WNEGSTG |
| 47 | CAISHEN |

DATED: March 4, 2025

Respectfully submitted,

<u>/s/ Keith A. Vogt</u>
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 4, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt